**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

---------------------------------------------------------X
Carlos Bandres,                                          :
                                                         :    No. 0:16-cv-61841-JEM
       Plaintiff,                                        :
                                                         :
       v.                                                :
                                                         :
Rick Case Enterprises, Inc., et.al.                      :
                                                         :
                                                         :
       Defendant.                                        :
---------------------------------------------------------X

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

In memorialization of the terms announced orally on the record during a hearing on September 2, 2016, the Parties stipulate: (1) to dismiss this lawsuit without prejudice with each party to bear their own fees and costs for this lawsuit; (2) that the claims raised in this lawsuit will be arbitrated in accordance with the agreement presented to Plaintiff at his orientation; and (3) the statute of limitations on the claims raised in this lawsuit shall be tolled from the date of filing of this federal lawsuit until the date arbitration is initiated.  Accordingly, the parties respectfully request that the Court enter the proposed Order attached hereto dismissing this litigation without prejudice subject to arbitration and a tolling agreement tolling the statute of limitation to the date the federal court claim began.

Dated: September 22, 2016.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: s/Rainier Regueiro<br>Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 0533637<br>agp@rgpattorneys.com<br>Rainier Regueiro Esq.<br>Florida Bar No. 115578<br>REMER & GEORGES-PIERRE, PLLC<br>COURTHOUSE TOWER<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br><br>ATTORNEY FOR PLAINTIFF | By: s/Daniel A. Krawiec<br>Daniel A. Krawiec<br>dkrawiec@hinshawlaw.com<br>Florida Bar No. 59136<br>Cheryl L. Wilke<br>cwilke@hinshawlaw.com<br>Florida Bar No. 893780<br>Hinshaw & Culbertson LLP<br>1 East Broward Blvd, Suite 1010<br>Fort Lauderdale, FL 33301<br>Tel: 954-467-7900<br>Fax: 954-467-1024<br>ATTORNEYS FOR DEFENDANTS |