UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 16-61841-CIV-MARTINEZ-GOODMAN

CARLOS BANDRES, and other similarly
situated individuals,

    Plaintiff,

vs.

RICK CASE ENTERPRISES, INC., a Florida
profit corporation d/b/a RICK CASE
AUTOMOTIVE GROUP, RICHARD J. CASE,
individually, and RITA M. CASE, individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal without Prejudice ("Joint Stipulation") [D.E. No. 39]. It is:

**ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. This Court adopts the terms of the parties' Joint Stipulation and retains jurisdiction to enforce the same. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of September, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record